United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-02156-HWV

Kimberly Lee Valentine  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Nov 08, 2022      Form ID: 309A      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Lee Valentine, 13113 Pennersville Rd., Waynesboro, PA 17268-9316 |
| 5505131 | + | Commonwealth of Pennsylvania, 517 Finance Building, 613 North Street, Harrisburg, PA 17120-0401 |
| 5505143 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5505146 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5505140 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jmh@johnhyamslaw.com | Nov 08 2022 18:37:00 | John Matthew Hyams, Law Offices of John M. Hyams, 2023 N 2nd St, Harrisburg, PA 17102 |
| tr | + | EDI: BSMCARR | Nov 08 2022 23:43:00 | Steven M. Carr (Trustee), Ream Carr Markey Woloshin & Hunter LLP, 119 East Market Street, York, PA 17401-1221 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Nov 08 2022 18:37:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 08 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5505123 | + | Email/Text: backoffice@affirm.com | Nov 08 2022 18:37:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5505126 | | Email/Text: bankruptcy@bbandt.com | Nov 08 2022 18:37:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 5505125 | + | Email/Text: bknotices@bankofthewest.com | Nov 08 2022 18:37:21 | Bank Of The West, Attn: Bankruptcy, 180 Montgomery Street 25th Floor, San Francisco, CA 94104-4206 |
| 5505124 | + | EDI: BANKAMER.COM | Nov 08 2022 23:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5505128 | + | EDI: CAPITALONE.COM | Nov 08 2022 23:43:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5505129 | + | EDI: CITICORP.COM | Nov 08 2022 23:43:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 5505132 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 08 2022 18:40:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5505141 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 08 2022 18:37:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5505133 | + | EDI: DISCOVER.COM | Nov 08 2022 23:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5505134 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 08 2022 18:37:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |

| | | | | |
|---|---|---|---|---|
| 5505142 | | EDI: IRS.COM | Nov 08 2022 23:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5505130 | | EDI: JPMORGANCHASE | Nov 08 2022 23:43:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5505145 | | EDI: PENNDEPTREV | Nov 08 2022 23:43:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5505145 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2022 18:37:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5505137 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2022 18:37:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5505127 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2022 18:37:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 5505135 | + | Email/Text: bankruptcy@patriotfcu.org | Nov 08 2022 18:37:00 | Patriot Federal Credit Union, Attn: Bankruptcy, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5505136 | + | Email/PDF: ebnotices@pnmac.com | Nov 08 2022 18:40:28 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5505245 | + | EDI: RMSC.COM | Nov 08 2022 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5505138 | + | EDI: RMSC.COM | Nov 08 2022 23:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5505144 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Nov 08 2022 18:37:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5505139 | + | EDI: USAA.COM | Nov 08 2022 23:43:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

**Name**     **Email Address**

| | |
|---|---|
| John Matthew Hyams | on behalf of Debtor 1 Kimberly Lee Valentine jmh@johnhyamslaw.com  acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net  pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Kimberly Lee Valentine<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9200<br>EIN: __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Middle District of Pennsylvania | Date case filed for chapter:   7   11/7/22 | |
| Case number: 1:22-bk-02156-HWV | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberly Lee Valentine | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 13113 Pennersville Rd.<br>Waynesboro, PA 17268 | |
| 4. | **Debtor's attorney**<br>Name and address | John Matthew Hyams<br>Law Offices of John M. Hyams<br>2023 N 2nd St<br>Harrisburg, PA 17102 | Contact phone 717–520–0300<br>Email: jmh@johnhyamslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream Carr Markey Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br>Email: stevecarr8@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page **1**

**Receiving Court Issued Orders and Notices by E-Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101-1737 | Hours open: Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901-2800  Date: 11/8/22 |
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 7, 2022 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  ***Valid photo identification and proof of social security number are required*** | Location:  **341 meeting will be held telephonically, refer to the call-in instructions.** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 2/5/23**  **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                 page **2**

Case 1:22-bk-02156-HWV    Doc 11    Filed 11/10/22    Entered 11/11/22 00:21:45    Desc Imaged Certificate of Notice    Page 5 of 5