Certificate Number: 06531-PAM-DE-036970093

Bankruptcy Case Number: 22-02156



06531-PAM-DE-036970093

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on November 11, 2022, at 6:49 o'clock AM CST, Kimberly L Valentine completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 11, 2022

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor

Case 1:22-bk-02156-HWV    Doc 13    Filed 11/11/22    Entered 11/11/22 07:50:39    Desc
Main Document    Page 1 of 1